**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL ANTONIO-GONZALEZ,<br><br>                                      Petitioner,<br><br>v.<br><br>JEREMY CASEY, in his official as<br>Warden of Imperial Reginal Detention<br>Facility, et. al.,<br><br>                                      Respondents. | Case No.:  26-cv-0286-BJC-MMP<br><br>**ORDER REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS AND PROHIBITING TRANSFER OF PETITIONER** |

On January 16, 2026, Petitioner Miguel Antonio-Gonzalez filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1.  After a review of the petition, this Court deems it appropriate to require Respondents to file a response.  Additionally, the Court finds a limited stay is necessary to preserve the *status quo* to allow the Court to provide a reasoned decision on the pending application.  *See E-C-R- v. Noem*, No. 3:25-CV-1230-SI, 2025 WL 2300543, at *1 (D. Or. July 16, 2025) (finding an order under the All Writs Act, 28 U.S.C. § 1651, necessary to prevent the arrest, detention or deportation of the plaintiff while the parties litigate the merits of the plaintiff's motion for injunctive relief); *Du v. United States Dep't of Homeland Sec.*, No. 3:25-CV-644 (OAW), 2025 WL 1317944, at *2 (D. Conn. Apr. 24, 2025) (enjoining the defendants, under the All Writs

26-cv-0286-BJC-MMP

Act, from removing the plaintiffs from the District of Connecticut to preserve the court's jurisdiction).

Based on the foregoing, the Court ORDERS:

1. Respondents shall file a response to the petition **no later than close of business January 27, 2026**. Respondents shall include copies of all pertinent documents, orders, and transcripts relevant to this petition.

2. Petitioner may file a traverse, **no later than close of business February 3, 2026**. Absent further order of this Court, this matter will be deemed under submission at that time.

3. Respondents, their agents, employees, successors, attorneys, and all persons acting in active concert or participation with them are hereby ENJOINED from removing Petitioner from the United States or this District pending further order of the Court, to maintain the *status quo* to allow the Court to provide a reasoned decision to the request at hand.

**IT IS SO ORDERED**.

Dated:  January 20, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-0286-BJC-MMP