# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANTONIO-GONZALEZ,<br><br>                            Petitioner,<br><br>v.<br><br>JEREMY CASEY, in his official as Warden of Imperial Reginal Detention Facility, et. al.,<br><br>                           Respondents. | Case No.: 26-cv-0286-BJC-MMP<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On October 6, 2026, Petitioner Miguel Antonio-Gonzalez, a Mexico national who last entered the United States in 2002, was detained by Immigration and Customs Enforcement, and remains detained at the Imperial Regional Detention Facility. ECF No. 1 ¶¶ 2, 3, 15, 23, 24. He maintains the immigration court has taken the position it lacks jurisdiction to conduct a bond hearing in his case under the decision in *Matter of Yajure Hurtado*. *Id*. ¶¶ 20, 25.

On January 16, 2026, Petitioner filed the instant Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, asserting his continued detention exceeds statutory authority and violates the Fifth Amendment. This Court set a briefing schedule and issued a limited stay. ECF No. 2. Respondents filed a return to the petition on January 27, 2026. ECF No.

1  4. In their return, Respondents note that Petitioner is a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987, at *1 (C.D. Cal. Dec. 18, 2025), and the court entered final judgment as to the Bond Eligible Class on December 18, 2025. *See Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025). Respondents "acknowledge that Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4 at 2.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Respondents shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on § 1225. Respondents are enjoined from transferring Petitioner before a bond hearing takes place. Petitioner's request for attorneys' fees and costs is DENIED without prejudice to Petitioner filing an appropriate application for fees. The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated: January 30, 2026

Honorable Benjamin J. Cheeks
United States District Judge